UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

FILED
VANESSA L. ARMSTRONG, CLERK
FEB 12 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**DUSTIN R. STONE**

INDICTMENT

NO. 5:19CR-10-TBR

18 U.S.C. § 2260A
18 U.S.C. § 2422(b)
18 U.S.C. § 2428

The Grand Jury charges:

## COUNT 1
*(Attempted Enticement)*

On or about and between November 21, 2018, through December 3, 2018, in the Western District of Kentucky, McCracken County, Kentucky, and elsewhere, the defendant, **DUSTIN R. STONE**, using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, and entice an individual, whom he believed to be a 13-year-old female, to engage in sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further charges:

## COUNT 2
*(Commission of a Felony Against a Child by Person Required to Register as a Sex Offender)*

On or about and between November 21, 2018, through December 3, 2018, in the Western District of Kentucky, McCracken County, Kentucky, and elsewhere, the defendant, **DUSTIN R. STONE**, being required by Federal and other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2422(b), as charged in Count One of this indictment.

In violation of Title 18, United States Code, Section 2260A.

## NOTICE OF FORFEITURE

As a result of committing the offenses in Counts 1 and 2 of this Indictment, the defendant, **DUSTIN R. STONE**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all of his right, title, and interest in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to the following:

    a.    1998 Toyota Camry, KY 386DLF, VIN 4T1BG22K1WU375892,

    b.    Black AT&T, ZTE, cell phone,

  c.  Disposable Kodak camera,

  d.  TomTom GPS device, and

  e.  Dash mounted video camera

               A TRUE BILL

*[signature]*
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:LAD

UNITED STATES OF AMERICA v. **DUSTIN R. STONE**

## PENALTIES

Count 1: NL 10 yrs./NM Life/$250,000/both/NL 5 yrs./NM Life Supervised Release
Count 2: 10 yrs. consecutive/$250,000/both/NL 5 yrs./NM Life Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | Misdemeanor: | $ 25 per count/individual $125 per count/other | Felony: | $100 per count/individual $400 per count/other |
|---|---|---|---|---|

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:   Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:   Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No 5:19CR-10-TBR

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Paducah

THE UNITED STATES OF AMERICA

vs.

DUSTIN R. STONE

## INDICTMENT

**Count 1– Attempted Enticement**
18 U.S.C. § 2422(b)

**Count 2 – Commission of a Felony Against a Child by Person Required to Register as a Sex Offender**
18 U.S.C. § 2260A

**Forfeiture**

*A true bill.*

_____
                                                                                     *erson*

*Filed in open court this 12th day of February, 2019.*

FILED

V/Clerk A L. ARMSTRONG, CLERK

*Bail, $*

FEB 12 2019

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY